No. 92–1695. KREINDLER & KREINDLER v. UNITED TECH-
NOLOGIES CORP. C. A. 2d Cir. Certiorari denied.

No. 92–1696. COOK v. CHRYSLER CORP. ET AL. C. A. 8th Cir.
Certiorari denied.

No. 92–1700. BAUMGART ET AL. v. FAIRCHILD AIRCRAFT CORP.
C. A. 5th Cir. Certiorari denied.

No. 92–1701. ALTON & SOUTHERN RAILWAY CO. v. MILLER.
App. Ct. Ill., 5th Dist. Certiorari denied.

No. 92–1702. MAAS ET AL. v. TEXAS AIR CORP. Ct. App.
Tex., 1st Dist. Certiorari denied.

No. 92–1704. SMITH v. UNITED STATES. C. A. Fed. Cir.
Certiorari denied.

No. 92–1706. ARMSTRONG v. HIGH DESERT HOSPITAL ET AL.
C. A. 9th Cir. Certiorari denied.

No. 92–1714. BLACKBURN v. TUDOR. Ct. App. Ohio, Scioto
County. Certiorari denied.

No. 92–1719. BOURGAL ET AL. v. CERVONI. C. A. 2d Cir.
Certiorari denied.

No. 92–1722. MCCUAIG v. OFFICE OF PERSONNEL MANAGE-
MENT. C. A. Fed. Cir. Certiorari denied.

No. 92–1738. ABRAMO v. MASSACHUSETTS. App. Ct. Mass.
Certiorari denied.

No. 92–1742. AMERICAN HOME ASSURANCE CO. v. REPUBLIC
INSURANCE CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 92–1744. WOOD COUNTY, TEXAS, ET AL. v. PEMBROKE
ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1758. HOGUE INVESTMENT CORP. v. FREDINBURG. Ct.
App. Ore. Certiorari denied.